# Exhibit B



# DEFENSE INTELLIGENCE AGENCY

### WASHINGTON, D.C. 20340-5100



U-24-6529/IMO-2 (FOIA)

January 18, 2024
FOIA-00088-2024

Hana Mensendiek

Dear Ms. Mensendiek:

    This letter acknowledges receipt of your Freedom of Information Act (FOIA) request dated January 17, 2024 and is an interim response. You requested:

- **All formal or informal reports, briefings, assessments, and images produced by the National Center for Medical Intelligence pertaining to any of the following topics:**
  **1. Genomic analysis of the origins of SARS-CoV-2**
  **2. Epidemiological data relevant to the origins of SARS-CoV-2**
  **3. Assessment or reference to a possible lab origin of SARS-CoV-2**

  **The time period covered by all parts of this request is from May 1, 2021 to August 31, 2021**

    We received your request on January 18, 2024 and assigned it case number FOIA-00088-2024. Please use this number on all future correspondence with us regarding your request.

    We are unable to respond to your request within the statutory 20 days' response period due to one or more of the following reasons, which are defined in the statute as "unusual circumstances": (I) the need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request; (II) the need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records which are demanded in a single request; or (III) the need for consultation, which shall be conducted with all practicable speed, with another agency having a substantial interest in the determination of the request or among two or more components of the agency having substantial subject-matter interest therein.

    At this stage of processing your request, we cannot provide an estimated date of completion. As analysis and processing of your request continues, a case officer will better be able to provide an estimate, and at that time, we will provide you with a further interim response.

    We typically process requests in the order of receipt. Our backlog currently is in excess of 1,200 requests. The time it takes to respond to a request will vary depending on the complexity of the request and any backlog of requests already pending. If your request is complex, a case officer may contact you to discuss options for expediting your request, including: (I) narrowing the scope or focus of your request or increasing its specificity; (II) specifically describing

record(s) you are looking for with additional descriptive details; and (III) including specific event-related information.

We regret that there is currently a substantial delay in processing requests and solicit your patience and understanding. We will process your request as soon as possible. Our FOIA Requester Service Center is available to assist you with any question about the status of your request and any steps you can take to receive a potentially quicker response. For questions, please contact the FOIA Requester Service Center or our FOIA Public Liaison, preferably via email at FOIA1@dodiis.mil, or at 301-394-6253. DIA's FOIA website is: www.dia.mil/FOIA.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services that they offer. You may contact OGIS at ogis@nara.gov, toll-free 1-877-684-6448, phone 202-741-5770, fax 202-741-5769, or the following address:

    Office of Government Information Services
    National Archives and Records Administration
    8601 Adelphi Road-OGIS
    College Park, MD 20740-6001

Sincerely,

(for)
Cheryl Cross-Davison
Chief, Records and Open Government