UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US RIGHT TO KNOW,<br><br>Plaintiff,<br><br>v.<br><br>DEFENSE INTELLIGENCE AGENCY,<br><br>Defendant. | Civil Action No. 24-0982 (TNM) |

**JOINT STATUS REPORT**

Pursuant to this Court's Order, *see* Min. Entry (May 9, 2025), Plaintiff US Right to Know and Defendant Defense Intelligence Agency ("DIA"), by and through the undersigned counsel, respectfully file this Joint Status Report ("JSR") in this case under the Freedom of Information Act, 5 U.S.C. § 552. DIA has completed its responsiveness review, and the number of responsive records, excluding those that the parties mutually agreed to exclude, is now 519, totaling 4,187 pages. Of these, 454 records, totaling 3,448 pages, remain to be processed.

DIA respectfully requests that the Court direct it to process, rather than produce, 350 pages per month. DIA avers that a production rate of 350 pages per month would be unduly burdensome because many of the records require consultations with or referrals to other agencies, over which DIA lacks control as to the timing of their review and responses. Further, many of these agencies are dealing with a lack of staffing. Additionally, some number of the pages at issue do or may involve classified information, which DIA cannot itself declassify if another agency is the one that classified it. Plaintiff disagrees with DIA's request and proposes that the Court direct DIA to produce, not merely process, 350 pages per month and believes this appropriate given the age of the action and the already below-average production rate. Defendant requests that any productions

should be by the last day of each month, and requests that the Court direct them to file JSRs every three months starting on October 13, 2025. Plaintiff, for its part, requests that JSR's continue, as before, to be filed every two months and believes this appropriate so that parties can promptly address any issues when production resumes shortly.

| | |
|---|---|
| Dated: July 11, 2025 | Respectfully submitted, |
| By: */s/ Nathaniel M. Lindzen*<br>Nathaniel M. Lindzen, MA Bar No. 689999[1]<br>Law Office of Nathaniel M. Lindzen<br>57 School Street<br>Wayland, MA 01778<br>Phone: (212) 810-7627<br>Email: nlindzen@corpfraudlaw.com<br><br>*Counsel for Plaintiff* | JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By:    */s/ Bradley G. Silverman*<br>    BRADLEY G. SILVERMAN<br>    D.C. Bar #1531664<br>    Assistant United States Attorney<br>    601 D Street NW<br>    Washington, DC 20530<br>    (202) 252-2575<br>    bradley.silverman@usdoj.gov<br><br>    *Attorneys for the United States of America* |

---

[1] D.C. Federal Bar ID No. MA0053